STATE OF NEW JERSEY v. ANTHONY REITZLER.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FUQUAN ALI.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD TATE.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PERCY PATRICK.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BRADY HOWARD.

February 21, 1989.

Petitions for certification denied.